Alexander J. Taylor, Esq.
**SULAIMAN LAW GROUP, LTD.**
2500 S. Highland Ave
Suite 200
Lombard, IL 60148
(630) 575-8181
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| STEPHANIE SANDERS-MILLARD, <br><br> Plaintiff <br><br> v. <br><br> UNIQ CREDIT SOLUTIONS, INC., <br><br> Defendant. | Case No.  8:23-cv-01978-JWH-KES |

**MOTION FOR ENTRY OF CLERK'S DEFAULT**

**NOW COMES** Plaintiff, STEPHANIE SANDERS-MILLARD, and pursuant to Fed. R. Civ. P. 55(a), seeking entry of Clerk's default against defendant, UNIQ CREDIT SOLUTIONS, INC., and in support thereof, stating as follows:

1. On October 20, 2023, Plaintiff filed the instant action against UNIQ CREDIT SOLUTIONS, INC. ("Defendant") seeking redress for violations of the Credit Repair Organizations Act ("CROA"), pursuant to 15 U.S.C. § 1679 et seq., the California Credit Services Organizations Act ("CCSOA"), pursuant to Cal. Civ. Code § 1789.10 et seq., and the California Fair Debt Settlement Practices Act ("CFDSPA"), pursuant to Cal. Civ. Code § 1788.300 et seq. [Dkt. 1]

2. Plaintiff's claims arise from Defendant's abusive unlawful practices.

3. On November 7, 2023, Defendant was served with Plaintiff's complaint. [Dkt. 10]

4. Defendant's answer was due on or before December 27, 2023.

5. Despite being duly served with Plaintiff's complaint, Defendant has failed to appear or otherwise respond to Plaintiff's complaint. *See* Exhibit A; Affidavit of Alexander J. Taylor.

6. Pursuant to Fed. R. Civ. P. 55(a), Plaintiff is seeking the entry of Clerk's default as a result of Defendant's failure to respond to Plaintiff's complaint.

**WHEREFORE**, Plaintiff respectfully requests the entry of Clerk's default against Defendant UNIQ CREDIT SOLUTIONS, INC., and for any further relief the Court deems just and proper.

DATED: January 5, 2024                                     Respectfully submitted,

**STEPHANIE SANDERS-MILLARD**
s/ *Alexander J. Taylor*
Alexander J. Taylor, Esq.
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148
(630) 575-8181
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the Central District of California by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by USPS Priority Mail, postage prepaid to the following participants:

**Uniq Credit Solutions, Inc.**
C/O Registered Agent
Best Delaware Registered Agent LLC
8 The Green, Suite F
Dover, Delaware 19901

/s/ *Alexander J. Taylor*